**IT IS SO ORDERED.**

**Dated:  23 January, 2012 04:48 PM**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE:

| | | |
|---|---|---|
| **EDWARD D. KINTZ , et al.** | ) | CHAPTER 7 PROCEEDINGS |
| **Debtors,** | ) | |
| | ) | |
| | ) | CASE NO.:  10-55241 |
| | ) | ADVERSARY CASE NO.:  11-5053 |
| | ) | |
| **W. L. TUCKER SUPPLY CO.** | ) | |
| | ) | **JUDGE MARILYN SHEA-STONUM** |
| *Plaintiff,* | ) | |
| | ) | |
| *vs.* | ) | **AGREED JUDGMENT ENTRY** |
| | ) | |
| **EDWARD D. KINTZ** | ) | |
| | ) | |
| *Defendant.* | ) | |

Upon agreement of the Plaintiff, W. L. TUCKER SUPPLY CO. and the

Defendant, EDWARD D. KINTZ, by and through counsel, Judgment on the Adversary

1

Complaint is entered in favor of Plaintiff, W. L. TUCKER SUPPLY CO. and against Defendant, EDWARD D. KINTZ, in the amount of One Hundred Ninety Seven Thousand Seven Hundred Thirty Four Dollars and 59/100 Cents ($197,734.59), plus interest at 10% per annum.  This Judgment amount is excepted from discharge.

 This Judgment is also stayed, except for purposes of any distribution from the bankruptcy estate, pending payment as set forth in a settlement agreement between the parties.  Except for such distributions, there shall be no execution on this Judgment as long as payments pursuant to the settlement agreement are made.

###

**PROPOSED AGREED ORDER SUBMITTED BY:**

_/s/Joseph M. Zeglen_____
JOSEPH M. ZEGLEN (#0029672)
P.O. Box 104
Baltic, Ohio 43804
Phone:  (330) 897-4100
Facsimile (330) 897-4106
E-Mail:  JMZeglen@Frontier.com
Attorney for Plaintiff, W.L. Tucker Supply Co.


**STARK & KNOLL CO., L.P.A.**

_/s/ Nada G. Faddoul_____
NADA G. FADDOUL (#0082718)
JOEL R. ABERTH (0031763)
3475 Ridgewood Road
Akron, Ohio  44333
E-Mail:    nfaddoul@stark-knoll.com
Attorneys for Defendant, Edward D. Kintz


**SERVICE LIST:**

The foregoing Order shall be served by electronic notification via this Court's ECF system
upon the following:

Joseph M. Zeglen, Esq.
P.O. Box 104
Baltic, Ohio 43804
jmzeglen@frontier.com
*Attorney for W.L. Tucker Supply Co.*

and

Joel R. Aberth, Esq.
Nada G. Faddoul, Esq.
Stark & Knoll Co., L.P.A.
3475 Ridgewood Road
Akron, Ohio 44333
jaberth@stark-knoll.com
nfaddoul@stark-knoll.com
*Attorneys for Edward D. Kintz*

The foregoing Order shall be served by U.S. ordinary mail via the Clerk's office upon:

Kathryn A. Belfance, Esq.
1 Cascade Plaza, 15th Floor
Akron, Ohio 44308
*Trustee*

                                        Stark & Knoll Co., L.P.A.

                                        */s/ Nada G. Faddoul (1/11/2012)*
                                        Nada G. Faddoul  (0082718)

4